In the Matter of the Application of ANNA I. RICH, Respondent, for a Peremptory Writ of Mandamus against ONONDAGA CHAPTER, DAUGHTERS OF THE AMERICAN REVOLUTION, Appellant.

*Matter of Rich* v. *Onondaga Chapter, D. A. R.*, 166 App. Div. 963, affirmed.

(Argued February 21, 1916; decided March 7, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 13, 1915, which affirmed an order made at a Trial Term, after trial of the issues before a jury and a verdict directed in favor of relator, directing that a peremptory writ of mandamus issue commanding the defendant to reinstate the relator in the Onondaga Chapter, Daughters of the American Revolution, and restore her to membership therein.

*Oliver D. Burden* for appellant.

*Stewart F. Hancock* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO, SEABURY and POUND, JJ.